IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Driesen,<br><br>          Plaintiff,<br><br>v.<br><br>RSI Enterprises Incorporated,<br><br>          Defendant. | No. CV-18-08140-PCT-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 44).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 5th day of August, 2019.

_____
Dominic W. Lanza
United States District Judge